UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID BUTLER<br>　　　　Plaintiff,<br><br>V.<br><br>HALLKEEN MANAGEMENT, INC. and<br>HALLKEEN EAST HARTFORD LIMITED<br>PARTNERSHIP<br>　　　　Defendants. | ) CIVIL ACTION NO. 3:15-CV-00374-WWE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) FEBRUARY 09, 2016 |

## AFFIDAVIT OF JEFFREY TURK

I, Jeffrey Turk, hereby depose and state as follows:

1. I am over the age of eighteen (18) and believe in the obligations of an oath.

2. I am the general counsel for the defendants Hallkeen Management, Inc. and Hallkeen East Hartford Limited Partnership and held that position in 2015 as well.

3. In my role as general counsel I have engaged in numerous communications with the defendants Hallkeen Management, Inc. and Hallkeen East Hartford Limited Partnership. However, not all of my communications involving the obtaining or giving of legal advice.

4. My January 26, 2015 email with the subject line "Subject: RE: David Butler/Hallkeen," which was sent to Terry Maguire and Maida Gonzalez and is identified on the defendants' Privilege Log was for the purpose of providing legal advice to the defendants. The email provides legal advice as to strategy going forward and directly relates to potential legal action. I always intended for this communication to remain privileged and confidential under the attorney-client privilege.

5. The January 26, 2015 email with the subject line "Subject: RE: David Butler/Hallkeen," which was sent by Terry Maguire and received by myself and Maida Gonzalez and is identified on the defendants' Privilege Log was for the purpose of allowing me to provide

sound legal advice to the defendants. The email requests legal advice regarding strategy going forward and directly relates to potential legal action.

6.      My March 2, 2015 email with the subject line "Subject: RE: HallKeen Management/David Butler," which was sent to Michael Parsons, Steve Lodi, and Terry Maguire and is identified on the defendants' Privilege Log was for the purposes of providing legal advice to the defendants. The email provides legal advice as to strategy going forward and directly relates to potential legal action. I always intended for this communication to remain privileged and confidential under the attorney-client privilege.

_____
Jeffrey Turk

COMMONWEALTH OF MASS)
                     )
COUNTY OF NORFOLK    )

Then personally appeared the above-named, Jeffrey C. Turk, and acknowledged the foregoing to be true and accurate, to the best of his knowledge and belief, before me.

_____
Notary Public
My Commission Expires: 3-7-19

