UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID BUTLER ) | CIVIL ACTION NO. 3:15-CV-00374-WWE |
|       Plaintiff, ) | |
| ) | |
| V. ) | |
| ) | |
| HALLKEEN MANAGEMENT, INC. and ) | |
| HALLKEEN EAST HARTFORD LIMITED ) | |
| PARTNERSHIP ) | |
|       Defendants. ) | JULY 13, 2016 |

**DEFENDANTS' OBJECTION TO THE PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT**

The defendants, HallKeen Management, Inc. and HallKeen East Hartford Limited Partnership, hereby object to the Plaintiff's Motion for Summary Judgment as to Counts Two, Three and Four of the Complaint. Alternatively, the defendants assert that this Court should enter Summary Judgment in their favor for the reasons set forth in their Motion for Summary Judgment reflected as entry number 70 on the Court's docketing sheet. The defendants aver that they are entitled to summary judgment on the basis that:

1. There is no genuine issue of material fact in dispute as to the fact that the defendants' actions were not based upon an attempt to retaliate against the plaintiff for filing a CHRO complaint against them nor were their actions motivated by a desire to discriminate against the plaintiff.



One Century Tower
265 Church Street
Suite 802
New Haven, CT 06510

HALLORAN
&SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

2. There is no genuine issue of material fact in dispute as to the fact that the defendants did not secure the plaintiff's residence against entry as a means of repossessing the property. Rather an emergency situation existed at the plaintiff's residence that required them to enter the property and take measures to protect the health and safety of the plaintiff as well as anyone who might try to enter the unit without the proper protective gear.

3. There is no genuine issue of material fact in dispute as to the fact that there is not a scintilla of evidence supporting the plaintiff's claim that the defendants are guilty of conversion of his personal property.

4. There is no genuine issue of material fact in dispute as to the fact that the defendants' actions were not unscrupulous, unethical nor immoral. Furthermore, their actions were not in contravention of public policy and therefore they are entitled to summary judgement as to the plaintiff's claim based upon Conn. Gen. Stat. §42-110a, *et seq*.

In addition to incorporating the arguments contained in their Motion for Summary Judgment filed on June 1, 2016, the defendants attach a Memorandum of Law, Rule 56(a)2 Statement of Facts, the plaintiff's deposition transcript, the deposition transcript of Catherine Fountain, and affidavits from: Terry Maguire, Attorney Jeffrey Turk, Pedro Rodriguez, and Geoffrey St. Peters, all in support of the instant Objection to the Plaintiff's Motion for Summary Judgment.

One Century Tower
265 Church Street
Suite 802
New Haven, CT 06510

HALLORAN
&SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

THE DEFENDANTS:
HALLKEEN MANAGEMENT, INC.; AND
HALLKEEN EAST HARTFORD
LIMITED PARTNERSHIP

By: */s/ Mark A. Perkins*
Mark A. Perkins, Esq.
HALLORAN & SAGE LLP
One Century Tower
265 Church Street, Suite 802
New Haven, CT 06510
Fed. Bar #ct22419
Phone: 203-672-5488
Fax: 203-672-5480
perkins@halloransage.com
Its Attorneys

- 3 -

One Century Tower
265 Church Steet
Suite 802
New Haven, CT 06510



Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

## **CERTIFICATION**

This is to certify that on this 13th day of July, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Mark A. Perkins*
Mark A. Perkins, Esq.

- 4 -

One Century Tower
4283075v.1 Street
Suite 802
New Haven, CT 06510

HALLORAN
&SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591