# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID BUTLER | ) CIVIL ACTION NO. 3:15-CV-00374-WWE |
| Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) |
| HALLKEEN MANAGEMENT, INC. and | ) |
| HALLKEEN EAST HARTFORD LIMITED | ) |
| PARTNERSHIP | ) |
| Defendants. | )     May 25, 2016 |

## AFFIDAVIT OF JEFFREY C. TURK

I, Jeffrey C. Turk, hereby depose and state as follows:

1.      I am over the age of eighteen (18) and believe in the obligations of an oath.

2.      I am the general counsel for the defendants, HallKeen Management, Inc. and HallKeen East Hartford Limited Partnership, and held that position in 2015 as well.

3.      In my role as general counsel, I have engaged in numerous communications with David Butler's attorneys, Salmun Kazerounian and Greg Kirschner.

4.      On January 12, 2015, and for some time prior, HallKeen directed all communication regarding pending litigation and the subsequent issues with regard to the Unit Mr. Butler was occupying to go through me to Mr. Butler's counsel.

5.      On January 12, 2015, and for some time prior to this date, Butler had been represented by Salmun Kazerounian for a complaint he filed the Commission of Human Rights

- 1 -

One Century Tower
265 Church Steer
Suite 802
New Haven, CT 06510

HALLORAN
&SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

and Opportunities (CHRO) against HallKeen regarding a request for a parking space closer to his unit as an accommodation of his disability.

6.      Because Butler was represented by counsel, HallKeen channeled all communications regarding his residency through my office.

7.      On January 12, 2015, I attempted to phone Attorney Kazerounian regarding property damage that had occurred to 125 Plain Drive as a result of a water pipe that had been damaged.

8       On January 12, 2015, I left messages for Attorney Kazerounian and sent him an e-mail advising him of the damage to the unit.

9.      At the time the water damage was discovered it appeared the pipe had been damaged intentionally.

10.     On January 29, 2015, I was informed that an adjuster from CHUBB & Son's Insurance Company and Envirocheck, Inc. inspected the unit.

11.     I was also informed that Plaintiff's counsel was present during the inspection.

12.     On Friday, February 13, 2015, I wrote to Mr. Butler's attorney, Salmun Kazerounian, to advise him HallKeen had secured Mr. Butler's unit because testing from the unit came back that there was asbestos contamination in the unit.

13.     Exhibit A, is a true and accurate copy of the e-mail I sent to Attorney Kazerounian on February 13, 2015.

- 2 -

One Century Tower
265 Church Street
Suite 802
New Haven, CT 06510

HALLORAN
&SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

14.     On February 17, 2015, I wrote to Attorney Kazerounian and extended an offer to transfer Mr. Butler to another unit within the complex with a parking space outside the unit.

15.     Exhibit B, is a true and accurate copy of the letter that was sent to Attorney Kazerounian.

16.     Exhibit C, is a true and accurate copy of the e-mail response I received from Attorney Kazerounian to my February 17, 2015 letter.

17.     Exhibit D, is a true and accurate copy of the e-mail exchange I had with Attorney Kazerounian on February 25, 2015.

18.     In this email exchange, I advised Mr. Butler's attorney that HallKeen was not denying his client access to his personal belongings but that it was not safe based on the report of asbestos contamination in the apartment and informed him that if he disagreed he should let him know and we could discuss it.

19.     Exhibit E, is a true and accurate copy of the e-mail exchange I had with Attorney Kirschner on February 27, 2015.

20.     HallKeen then proceeded to have its own asbestos testing performed to confirm the extent and scope of the contamination.  I personally spoke to a representative of Mystic Air Quality Consultants to request that they expedite the inspection and test results so the extent of the contamination could be determined.

- 3 -

One Century Tower
265 Church Steet
Suite 802
New Haven, CT 06510

HALLORAN
&SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

21.     On March 12, 2015, HallKeen received the asbestos testing results from Mystic Air Quality Consultants and became aware that there was no contamination in the apartment.

22.     Upon receipt of this information, I advised Mr. Butler's attorney on the same day that the asbestos testing results had come in and his belongings were not contaminated so he could move them.

23.     Exhibit F, is a true and accurate copy of the lab results received from Mystic Air Quality Consultants.

24.     On or about February 17, 2015, I responded to a call from The East Hartford Health Department regarding a complaint Mr. Butler had apparently filed regarding 125 Plain Drive.

25.     Exhibit G, is a true and accurate copy of the Complaint Summary report I received from the East Hartford Health Department.

26.     HallKeen's decision to secure 125 Plain Drive on February 13, 2015, against entry by anyone was based solely on its concern for the health and safety of anyone who might enter the unit based on our being informed that the unit had been contaminated by asbestos.

Jeffrey C. Turk

- 4 -

One Century Tower
265 Church Steet
Suite 802
New Haven, CT 06510

HALLORAN
&SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

STATE OF MASSACHUSETTS          )
                                )  ss.
COUNTY OF                       )

    Then personally appeared the above-named, Jeffrey C. Turk, and acknowledged the foregoing to be true and accurate, to the best of his knowledge and belief, before me.



_Stephanie Turso_

Notary Public
My Commission Expires:
Commissioner of the Superior Court

- 5 -

One Century Tower
265 Church Street
Suite 802
New Haven, CT 06510

HALLORAN
&SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

# EXHIBIT A

**Jeffrey Turk**

| | |
|---|---|
| **From:** | Jeffrey Turk |
| **Sent:** | Friday, February 13, 2015 3:54 PM |
| **To:** | Salmun Kazerounian |
| **Subject:** | Butler |

Salmun.  I will be sending you a more detailed letter but testing from the apartment came back that there is asbestos contamination in the apartment and therefor we have secured the apartment as access is prohibited.  Just wanted to let you know although it doesn't seem like your client has been in.  Thanks.

Sent from my iPhone

# EXHIBIT B

# Turk & Quijano, LLP

## Attorneys At Law

Jeffrey C. Turk
781.356.4200
jturk@tqlawfirm.com
admitted in: MA, NH

February 17, 2015

**VIA ELECTRONIC MAIL**

Salmun Kazerounian, Esq.
Connecticut Fair Housing Center
221 Main Street, 4th Floor
Hartford, CT 06106

RE:    David Butler

Dear Counsel:

As you know, this office is General Counsel to Hallkeen Management, Inc.

Since becoming aware of the water damage to your client's apartment, my client has actively proceeded with the actions necessary to commence the restoration process. Unfortunately, they have recently been informed that the intact asbestos contained within the ceiling has caused contamination to the apartment as well as the personal property located therein. As a result, the restoration process is likely to be delayed for an extended period of time and the apartment has been secured as required. At this time, my client has arranged for your client to transfer to another apartment in the complex to insure that he is able to return to the property at this time. They have also arranged for a parking space outside of this apartment, as requested and approved by my client. If your client would like to accept this apartment, please notify me in writing not later than February 20, 2015, such that we may prepare the necessary paperwork. If we do not receive confirmation by that date, we will release the apartment for rental to another applicant and your client will need to locate alternative housing on his own during this period.

In relation to your client's personal property, we have asked the insurance adjuster to inventory the personal property as a courtesy to your client. Due to the current status of the apartment, we are informed that your client may not enter the apartment or recover any of the contaminated items. Once the inventory is complete, we will request further guidance from the mitigation company as to any items which he may be allowed to recover. It would also appear to be prudent for your client to notify his insurance carrier of the loss at this time, to the extent they desire to retain an adjuster to review this claim prior to any items being discarded.



639 Granite Street, Suite 305, Braintree, MA 02184
781.356.4200 ▪ Fax 781.356.0400 ▪ www.tqlawfirm.com

Attorneys Admitted in Massachusetts and New Hampshire

Salmun Kazerounian, Esq.
February 17, 2015
Page 2

    Thank you for your assistance and cooperation and I look forward to hearing from you.

TURK & QUIJANO, LLP

Jeffrey C. Turk

cc:   HallKeen Management

# EXHIBIT C

**Jeffrey Turk**

| | |
|---|---|
| **From:** | Jeffrey Turk |
| **Sent:** | Tuesday, February 17, 2015 7:11 PM |
| **To:** | Salmun Kazerounian |
| **Cc:** | Reginald Louisne |
| **Subject:** | Re: David Butler |

It is that apartment.  If it's ok, I will have them prepare the documents and he can sign

We are waiting for the asbestos company to give us an estimate and we will let you know.

Thanks.

Sent from my iPhone

On Feb 17, 2015, at 12:35 PM, Salmun Kazerounian <skazerounian@ctfairhousing.org> wrote:

> Jeff:  Thank you for your letter.  Is the proposed transfer apartment the same unit Mr. Butler previously
> viewed at 95 Smith Drive?  If so, he would like to accept the transfer, and if not, he would like to first see
> the unit being offered and the parking arrangement, but will likely accept.
>
> When do you expect the insurance adjuster to have an inventory prepared of his personal
> property?  Mr. Butler would like to review it before anything is discarded.  He will also need assistance
> moving a few items from his fiancée's apartment or he will have no belongings when he transfers.
>
> If I hear back from you today, I will be at a meeting out of the office most of the afternoon and will
> respond by tomorrow at the latest.
>
> Sincerely,
>
> **Salmun Kazerounian** | Staff Attorney
> Connecticut Fair Housing Center
> 221 Main Street 4th Floor | Hartford, CT 06106
> tel 860-560-8615 | fax 860-247-4236
>
>
> **From:** Reginald Louisne [mailto:RLouisne@TQLawFirm.com]
> **Sent:** Tuesday, February 17, 2015 11:38 AM
> **To:** Salmun Kazerounian
> **Subject:** David Butler
>
> Good Afternoon,
>
> Attached, is a letter from Jeffrey C. Turk regarding David Butler.
>
> Thank You,
>
> Reginald Louisne, Legal Assistant
> **Turk & Quijano, LLP**
> 639 Granite Street, Suite 305

Braintree, MA 02184
(781) 356-4200 [Phone]
(781) 356-0400 [Fax]
**RLouisne@tglawfirm.com**

## This office is attempting to collect a debt and any information obtained will be used for that purpose.

**NOTICE OF CONFIDENTIALITY**

*This electronic mail transmission may be a privileged and confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling sender at (781) 356-4200 so that our e-mail address records can be corrected. Thank you.*

# EXHIBIT D

Jeffrey Turk

| | |
|---|---|
| From: | Jeffrey Turk |
| Sent: | Wednesday, February 25, 2015 6:54 PM |
| To: | Salmun Kazerounian |
| Subject: | RE: David Butler |

| | |
|---|---|
| TimeMattersID: | MD931A465F8E7139 |
| TM Contact: | Hallkeen Management |
| TM Matter No: | Butler, David |
| TM Matter Reference: | HALLKEEN v BUTLER, DAVID |

I have asked the client to contact the adjuster to confirm the status of the unit and hope to have additional information in the coming days. As for the mail, the staff has been informed that they are not to enter the apartment until the inspections/testing is complete but I did ask them to inquire whether it would be ok to just open the door and grab the mail. I understand your client's desire to recover his personal property as soon as possible and we are working diligently to obtain confirmation of what can be removed. Just to be clear, my client is not denying your client access to the property. Rather, the potential contamination is the issue and it is not safe for him to recover these items. If you disagree and believe that your client should recover and remove these items prior to the testing being completed, let me know and I would be pleased to discuss it. As for your request for my client to move personal property from your client's girlfriend's apartment to his new apartment, this seems to be far outside of the scope of any possible obligation of my client and they are not willing to do so.

Feel free to contact me if you want to discuss further or if you want a further update later this week. Thanks.

Jeffrey C. Turk, Esq.
Turk & Quijano, LLP
639 Granite Street, Suite 305
Braintree, MA 02184
(781) 356-4200 (office)
(781) 356-0400 (fax)
jturk@tqlawfirm.com



***NOTICE OF CONFIDENTIALITY***

This electronic mail transmission may be a privileged and confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling sender at 1-781-356-4200 that our e-mail address records can be corrected. Thank you.

Disclaimer Regarding Electronic Transactions

If this communication concerns negotiation of a contract or agreement, any electronic transaction or electronic signature act does not apply to this communication: contract formation in this matter shall occur only with manually-affixed original signatures on original documents.

1

**From:** Salmun Kazerounian [mailto:skazerounian@ctfairhousing.org]
**Sent:** Wednesday, February 25, 2015 12:03 PM
**To:** Jeffrey Turk
**Subject:** RE: David Butler

Mr. Butler was physically unable to access the mail he received during the week he was locked out of his apartment in the week (or so) before he was offered a transfer unit on short notice. I'm sure Mr. Butler appreciates the technology advice but he was able to promptly figure out and complete the change-of-address paperwork on his own—despite not having used it in more than three decades, since he moved into Summerfield Townhouses with his late mother in the early '80s. Unfortunately, forwarding can take up to a week to become effective. He went to the main office last week to ask about his mail. He followed up, also last week, with a voicemail for the onsite property manager (Maida) and has not heard anything. As most people would be, he is concerned bills and other time-sensitive documents he may have received during the week that his mail wasn't received – in his case because it was delivered through a slot in the door to an apartment to which his landlord prohibited access.

While he drops by the unit each day, he's not able to stay there without a bed and chairs, not least because his disabilities render sitting and laying on the floor are physically demanding and uncomfortable. As an extremely low-income person he cannot afford to furnish his apartment, and HallKeen has neither indicated when it expects to know what is considered "salvageable" nor what lost property it will cover by consent.

Mr. Butler also cannot access, and cannot afford to replace, supplies necessary for daily living such as a shower curtain, towels, shower supplies, deodorant, cleaning supplies, a washing machine (he has his own but cannot access it) and so on. He has been locked out for nearly two weeks.

I received no response from you concerning assistance with packing and moving certain belongings currently stored at his fiancée's apartment. In addition to reiterating that request, and his prior request that none of his personal belongings be discarded until he has a chance to review the inventory, Mr. Butler would like a copy of any reports regarding the presence and levels of asbestos or any other potentially harmful substances in the unit.

Sincerely,

Salmun Kazerounian | Staff Attorney
Connecticut Fair Housing Center
221 Main Street 4ᵗʰ Floor | Hartford, CT 06106
tel 860-560-8615 | fax 860-247-4236



**From:** Jeffrey Turk [mailto:jturk@tqlawfirm.com]
**Sent:** Monday, February 23, 2015 12:47 PM
**To:** Salmun Kazerounian
**Subject:** RE: David Butler

I will ask them to check on the mail. I assume he is putting in a PO forwarding mail request (you can actually do on line now!). As for the inventory, I know that the adjusters are still working on the claim but I will let you know as soon as I hear anything.

Jeffrey C. Turk, Esq.
Turk & Quijano, LLP
639 Granite Street, Suite 305
Braintree, MA 02184
(781) 356-4200 (office)
(781) 356-0400 (fax)

2

jturk@tglawfirm.com



***NOTICE OF CONFIDENTIALITY***

This electronic mail transmission may be a privileged and confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling sender at 1-781-356-4200 that our e-mail address records can be corrected. Thank you.

Disclaimer Regarding Electronic Transactions

If this communication concerns negotiation of a contract or agreement, any electronic transaction or electronic signature act does not apply to this communication: contract formation in this matter shall occur only with manually-affixed original signatures on original documents.

---

**From:** Salmun Kazerounian [mailto:skazerounian@ctfairhousing.org]
**Sent:** Monday, February 23, 2015 9:45 AM
**To:** Jeffrey Turk
**Subject:** David Butler

Jeff:  Mr. Butler needs a way to retrieve his mail from his old unit.  We would also appreciate a timeframe on the inventory.  Please advise.

Salmun Kazerounian | Staff Attorney
Connecticut Fair Housing Center
221 Main Street 4th Floor | Hartford, CT 06106
tel 860-560-8615 | fax 860-247-4236

# EXHIBIT E

Jeffrey Turk

| | |
|---|---|
| **From:** | Jeffrey Turk |
| **Sent:** | Friday, February 27, 2015 1:10 PM |
| **To:** | Michael Parsons (mparsons@HallKeen.com); 'Steve Lodi (slodi@HALLKEEN.com)' |
| **Cc:** | Terry Maguire (tmaguire@HALLKEEN.com) |
| **Subject:** | FW: HallKeen Management/David Butler |

See below. Where are we with getting inspection reports etc to see what can be recovered?

Jeffrey C. Turk, Esq.
Turk & Quijano, LLP
639 Granite Street, Suite 305
Braintree, MA 02184
(781) 356-4200 (office)
(781) 356-0400 (fax)
jturk@tqlawfirm.com



***NOTICE OF CONFIDENTIALITY***

This electronic mail transmission may be a privileged and confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling sender at 1-781-356-4200 that our e-mail address records can be corrected. Thank you.

Disclaimer Regarding Electronic Transactions

If this communication concerns negotiation of a contract or agreement, any electronic transaction or electronic signature act does not apply to this communication: contract formation in this matter shall occur only with manually-affixed original signatures on original documents.

**From:** Jeffrey Turk
**Sent:** Friday, February 27, 2015 1:09 PM
**To:** 'Greg Kirschner'
**Cc:** Salmun Kazerounian
**Subject:** RE: HallKeen Management/David Butler

I hope he is ok.

As I believe I already explained, there is asbestos in the ceiling of the units. When the water enter the apartment, it went through the ceiling and, as such, became contaminated with asbestos. The information from the inspectors was that the entire apartment is contaminated but we are working with the adjuster to try to get more testing done to confirm whether the entire property was contaminated or just certain areas. As soon as we have this information, we will confirm with you so any items that can be recovered, are recovered. We have also offered to have the remediation company inventory the items which are disposed but if your client's insurance carrier wants to retain an inventory company that is qualified to enter this area, we would be glad to have the insurance companies deal with each

1

other. We are working expeditiously to get these inspections done, but have to wait for the insurance adjuster to approve the work.

If you have any other questions, please feel free to contact me.

Jeffrey C. Turk, Esq.
Turk & Quijano, LLP
639 Granite Street, Suite 305
Braintree, MA 02184
(781) 356-4200 (office)
(781) 356-0400 (fax)
jturk@tqlawfirm.com



***NOTICE OF CONFIDENTIALITY***

This electronic mail transmission may be a privileged and confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling sender at 1-781-356-4200 that our e-mail address records can be corrected. Thank you.

Disclaimer Regarding Electronic Transactions

If this communication concerns negotiation of a contract or agreement, any electronic transaction or electronic signature act does not apply to this communication: contract formation in this matter shall occur only with manually-affixed original signatures on original documents.

**From:** Greg Kirschner [mailto:greg@ctfairhousing.org]
**Sent:** Friday, February 27, 2015 12:36 PM
**To:** Jeffrey Turk
**Cc:** Salmun Kazerounian
**Subject:** HallKeen Management/David Butler

Dear Attorney Turk:

Salmun Kazerounian is presently on leave. I will be handling this matter until his return.

Please explain your claim that your client "is not denying [Mr. Butler] access to the property." It my understanding that your client has changed the locks, informed Mr. Butler that he may not go into the unit and required him, as a condition of transferring to a new unit, to sign a document giving up possession of the apartment in question.

If your claim is that HallKeen is being required to take these steps pursuant to governmental action, please provide any and all documentation of same, including, but not limited to, any order or directives from the Town of East Hartford or any governmental agency relating to the habitability of the unit.

Sincerely,

2

Greg Kirschner

Connecticut Fair Housing Center
221 Main Street, 4th Floor, Hartford, CT 06106
Tel: (860) 263-0724
Fax: (860) 247-4236
www.ctfairhousing.org

NOTICE:

The contents of this email and any attachments to it contain confidential or legally privileged information from the Connecticut Fair Housing Center, Inc.  This information is only for the use of the intended recipient.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the comments of the contained information is strictly prohibited and that the documents should be returned to the Connecticut Fair Housing Center immediately.  If you have received this email in error, please notify us by email immediately.

# EXHIBIT F



**EHS Laboratories**

**Asbestos Bulk Analysis Report**

Environmental Hazards Services, L.L.C.
7469 Whitepine Rd
Richmond, VA 23237

Telephone: 800.347.4010

**Report Number:** 15-03-00739

**Client:**  Mystic Air Quality Consultants
1204 North Road  Rt. 117
Groton, CT 06340

**Received Date:** 03/06/2015
**Analyzed Date:** 03/08/2015
**Reported Date:** 03/10/2015

**Project/Test Address:** 125 Plain Dr.; East Hartford, CT

<u>Client Number:</u>
07-2564

# Laboratory Results

<u>Fax Number:</u>
860-449-8860

| Lab Sample Number | Client Sample Number | Layer Type | Lab Gross Description | Asbestos | Other Materials |
|---|---|---|---|---|---|
| 15-03-00739-001 | 1 | | Beige Granular; Paint-Like; Tan Fibrous; Inhomogeneous | Trace <1% Chrysotile | 10% Cellulose 90% Non-Fibrous |
| | | | **Total Asbestos: Trace <1%** | | |
| <1% Chrysotile present in joint compound-like texture material. | | | | | |
| 15-03-00739-002 | 2 | | Beige Granular; White Paint-Like; Beige Fibrous; Inhomogeneous | Trace <1% Chrysotile | 12% Cellulose 88% Non-Fibrous |
| | | | **Total Asbestos: Trace <1%** | | |
| 2% Chrysotile present in joint compound-like material. | | | | | |
| 15-03-00739-003 | 3 | | Beige Granular; Paint-Like; Tan Fibrous; Inhomogeneous | Trace <1% Chrysotile | 10% Cellulose 90% Non-Fibrous |
| | | | **Total Asbestos: Trace <1%** | | |
| 2% Chrysotile present in joint compound-like texture material. | | | | | |
| 15-03-00739-004 | 4 | | Beige Granular; Powder; Paint-Like; Tan Fibrous; Inhomogeneous | Trace <1% Chrysotile | 20% Cellulose 80% Non-Fibrous |
| | | | **Total Asbestos: Trace <1%** | | |
| 2% Chrysotile present in joint compound-like material. | | | | | |

# Environmental Hazards Services, L.L.C

**Client Number:** 07-2564
**Project/Test Address:** 125 Plain Dr.; East Hartford, CT

**Report Number:** 15-03-00739

| Lab Sample Number | Client Sample Number | Layer Type | Lab Gross Description | Asbestos | Other Materials |
|---|---|---|---|---|---|
| 15-03-00739-005 | 5 | | Beige Granular; Powder; Paint-Like; Beige/Tan Fibrous; Inhomogeneous | Trace <1% Chrysotile | 22% Cellulose 78% Non-Fibrous |
| | | | **Total Asbestos: Trace <1%** | | |
| 2% Chrysotile present in joint compound-like material. | | | | | |
| 15-03-00739-006 | 6 | | Beige Granular; Powder; Paint-Like; Tan Fibrous; Inhomogeneous | Trace <1% Chrysotile | 20% Cellulose 80% Non-Fibrous |
| | | | **Total Asbestos: Trace <1%** | | |
| 2% Chrysotile present in joint compound-like material. | | | | | |
| 15-03-00739-007 | 7 | | Gray Powder; Fibrous; Inhomogeneous | NAD | 10% Cellulose 90% Non-Fibrous |

**QC Sample:** 79-M22012-1

**QC Blank:** SRM 1866 Fiberglass

**Reporting Limit:** 1% Asbestos

**Method:** EPA Method 600/R-93/116, EPA Method 600/M4-82-020

**Analyst:** Vickie Holmes

Reviewed By Authorized Signatory:

*Howard Varner*
General Manager

The condition of the samples analyzed was acceptable upon receipt per laboratory protocol unless otherwise noted on this report. Each distinct component in an inhomogeneous sample was analyzed separately and reported as a composite. Results represent the analysis of samples submitted by the client. Sample location, description, area, volume, etc., was provided by the client. This report cannot be used by the client to claim product endorsement by NVLAP or any agency of the U.S. Government. This report shall not be reproduced except in full, without the written consent of the Environmental Hazards Service, L.L.C. California Certification #2319 NY ELAP #11714 NVLAP #101882-0. All information concerning sampling location, date, and time can be found on Chain-of-Custody. Environmental Hazards Services, L.L.C. does not perform any sample collection.

Environmental Hazards Services, L.L.C. recommends reanalysis by point count (for more accurate quantification) or Transmission Electron Microscopy (TEM), (for enhanced detection capabilities) for materials regulated by EPA NESHAP (National Emission Standards for Hazardous Air Pollutants) and found to contain less than ten percent (<10%) asbestos by polarized light microscopy (PLM). Both services are available for an additional fee.

400 Point Count Analysis, where noted,  performed per EPA Method 600/R-93/116 with a Reporting Limit of 0.25%.

* All California samples analyzed by Polarized Light Microscopy, EPA Method 600/M4-82-020, Dec. 1982.

| LEGEND: | NAD = no asbestos detected |
|---|---|



"PLM

# EHS@ Laboratories

Environmental Hazards Services, LLC
www.email.com
(800)347-4010        7469 Whitepine Rd
(804)275-4907 (fax)   Richmond, VA
                      23237

## Asbestos Chain-of-Custody

Company Name: Mystic Air Quality Consultants   Address: 1204 North Rd. Groton, CT 06340

Phone: 860.449.8903        Fax: 860.449.8903        E-mail: maqc2@aol.com

Project Name and Address: 125 Plainville Rd

Collected by: S.B. Olmos        Signature: _____        Mystic Air Client: _____

Turn around time: Standard ☐   One day ☐   (will call ahead)   ※ Stop at 1st location in 5 mins

City/State required _____

| No | Client's Sample No. | Date Collected | PLM Analysis | Other Analysis Specify | Material Description | Sample Location |
|----|---------------------|----------------|--------------|------------------------|---------------------|-----------------|
| 1  | 1                   | 3/6/15         |              |                        | Texture at Res.     | Master Bedroom at 1st floor Ct |
| 2  | 2                   |                |              |                        |                     |                 |
| 3  | 3                   |                |              |                        | Sheetrock          | Bedroom closet Plr |
| 4  | 4                   |                |              |                        | Cement             | Bedroom            |
| 5  | 5                   |                |              |                        |                     | Dining Room       |
| 6  | 6                   |                |              |                        | Subfloor           | Table Plastic tar |

# EXHIBIT G



# East Hartford Health Department
## Complaint Summary

| Date | Location | Current Status: |
|------|----------|-----------------|
| 2/13/2015 | 25 PLAIN DR | Closed |

*(1025)*

**Complaint:** Hole in wall not repaired.

*4930*

**Inspection details:**

| InspDate | Inspector Result | Notes |
|----------|------------------|-------|
| 2/17/2015 | Nancy Wheeler<br>Closed | Tenant called and cancelled appt for inspection with Health and Building Dept. Attorney Jeff Turke, calling on behalf of tenant called asking if I needed anything from him regarding the complaint. Explained the tenant had called and cancelled the appt, inspection was never done by town. The tenant indicated that the property management had relocated him. No further action required at this time. Closed. |

Thursday, December 17, 2015

Page 1 of 1