# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID BUTLER<br>　　　　Plaintiff,<br><br>V.<br><br>HALLKEEN MANAGEMENT, INC. and<br>HALLKEEN EAST HARTFORD LIMITED<br>PARTNERSHIP<br>　　　　Defendants. | ) CIVIL ACTION NO. 3:15-CV-00374-WWE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) MAY 27, 2016 |

### AFFIDAVIT OF PEDRO RODRIGUEZ

I, Pedro Rodriguez, hereby depose and state as follows:

1.　　I am over the age of eighteen (18) and believe in the obligations of an oath.

2.　　I am employed by HallKeen Management, Inc. as the Maintenance Supervisor at Summerfield Town Houses.

3.　　I have been the Maintenance Supervisor since 2013.

4.　　On Tuesday, January 13, 2015, I was advised there was water leaking from a damaged pipe at 125 Plain Drive.

5.　　On January 13, 2015, I went to 125 Plain Drive to view the property and damage.

6.　　It appeared a pipe in the ceiling of the dining room had been cut and water was pouring out of the pipe onto the floor.

- 1 -

One Century Tower
265 Church Street
Suite 802
New Haven, CT 06510


HALLORAN
&SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

7.   There was water throughout the dining room, living room and kitchen.

8.   The water had seeped through the first floor and was going into the basement.

9.   The hardwood floors in the living room buckled from being exposed to the water.

10.   There was no way to know how long the pipe had been in this condition.

11.   In January 2015, David Butler was the sole tenant of 125 Plain Drive.

12.   Mr. Butler was not at the property when I first went to see the water damage on January 13, 2015 or anytime that I was at the property thereafter.

13.   I was told Mr. Butler was not living at the property.

14.   Based upon the condition of the rooms on the second floor it did not appear Mr. Butler was living in the unit.

15.   On January 12, 2015, ServiceMaster was contacted to have them come and start removing the excess water that was on the floor and access the damage to the unit.

16.   Based upon the condition of the property after the water damage on January 12, 2015, I do not believe the property was habitable.

17.   It was my understanding that everything on the first level and basement was contaminated by asbestos.

- 2 -

One Century Tower
265 Church Steet
Suite 802
New Haven, CT 06510

HALLORAN
&SAGE LLP


Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432591

18. I communicated my understanding to HallKeen Management.

19. Exhibit A, is a true and accurate copy of the e-mail sent by me to Michael Parsons, a Regional Manager for HallKeen.

20. HallKeen hired Advantage Moving & Storage to move Mr. Butler's belongings.

21. Advantage Moving & Storage was not able to move Mr. Butler's belongings until Mr. Butler agreed upon a date.

22. On March 26, 2015, Advantage Moving & Storage moved Mr. Butler's belongings from 125 Plain Drive to 95 Smith Drive.

23. Mr. Butler identified what belongings he wanted moved to his new residence, 95 Smith Drive.

24. The personal property Mr. Butler did not identify as being moved was disposed of as garbage.

25. Exhibit B, is a true and accurate copy of Advantage Moving & Storage's invoice for moving Mr. Butler's belongings

26. I supervise all of the maintenance staff.

27. Upon information and belief no one from my staff took any of Mr. Butler's belongings.

- 3 -

One Century Tower
265 Church Steet
Suite 802
New Haven, CT 06510


HALLORAN
&SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 432501

28. Upon information and belief no one from my staff took a CB Radio from Mr. Butler's property.

*Pedro Rodriguez*
Pedro Rodriguez

STATE OF CONNECTICUT  )
                      ) ss.  EAST HARTFORD
COUNTY OF HARTFORD    )

Then personally appeared the above-named, Pedro Rodriguez, and acknowledged the foregoing to be true and accurate, to the best of his knowledge and belief, before me.

*Linda N Muscaro*
Notary Public
My Commission Expires: 7/31/2019
Commissioner of the Superior Court



- 4 -

One Century Tower
2d4262659v.1
Suite 802
New Haven, CT 06510

HALLORAN
&SAGE LLP

Phone (203) 672-5432
Fax (203) 672-5480
Juris No. 412501

# EXHIBIT A

## Perkins, Mark Anthony

| | |
|---|---|
| **From:** | Pedro Rodriguez <prodriguez@HallKeen.com> |
| **Sent:** | Friday, November 06, 2015 11:28 AM |
| **To:** | Perkins, Mark Anthony |
| **Subject:** | FW: Adjuster Update - Summerfield Town Houses - Claim# in process |
| **Attachments:** | ATT00001.htm; SUMMERFIELD SKETCH.PDF; ATT00002.htm; MSA - SUMMERFIELD TOWN HOUSES.PDF; ATT00003.htm |

fyi

**Pedro Rodriguez**
Maintenance Director
Hallkeen Management

Summerfield Townhouses
66 Plain Drive EastHartford ,Ct .06118
Phone : (860)569-0330 | Fax :860568-9108

prodriguez@hallkeen.com | www.hallkeen.com

---

**From:** Pedro Rodriguez
**Sent:** Friday, February 27, 2015 6:34 PM
**To:** Michael Parsons
**Subject:** Fwd: Adjuster Update - Summerfield Town Houses - Claim# in process

Hello Mike , this was sent to me from Service Master . Let me know if it helps you out . The way he explained it is that everything on the first level and basement are contaminated with asbestos . Mold was found on second level . All the belongings of mr Butler are contaminated and would have to be thrown away or decontaminated . They would need approval to move forward . Let me know any questions I can help you with. Thanks .

Sent from my iPhone

Begin forwarded message:

> **From:** "Geoffrey St. Peter" <geoff@smbywills.com>
> **To:** "Pedro Rodriguez" <prodriguez@HallKeen.com>
> **Subject: Adjuster Update - Summerfield Town Houses - Claim# in process**
>
> Hello Pete,
>
> Here is the info I sent to the adjuster and Maida. It includes the asbestos report, our initial readings, and my concerns. If you have any other questions give me a call.
>
> Geoffrey St. Peter

1

# EXHIBIT B

# ADVANTAGE MOVING & STORAGE

P.O. Box 310932 Newington, CT 06131         U.S.DOT CT # 1290165

## 860-283-2886 & 860-747-3988
### WWW.CT-Movers.com

## Move Invoice

**Customer:** Hallkeen Management   Att: Pedro Rodriguez
            Client: Apt125 Plain Drive
**Contact Info:** 860-978-9880 / PRodriguez@Hallkeen.com

**Date of move:** 03/26/2015 Thurs. 9:00 – 9:30 A.M.

**Load:** 125 Plain Drive  East Hartford, CT

**Unload:** 95 Smith Drive  East Hartford, CT

**Job Description:** In Complex – 2 Bedroom Apt / N/A / Boxes

**Packing:** Full Packing – Total Material Cost: $78.79

**Materials:** Full Materials Included

**Storage:** N/A

**Travel Time:** ½ Hour

**Labor:** 4 Man Crew @ $139 pr Hour (inc. Men, Truck, Equip., Ins.)
        3 Hours Labor

**Total:** $628.64 inc. 3 Hours Labor, ½ Hour Travel, 13% Fuel Charge, Materials
        Signed Job Invoice # 6420 Attached
        *Hallkeen Management responsible for payment. Payment to be sent via check to P.O. Box 310932 Newington, CT 06131 within 48 hours.

**This is a bill. Payment must be sent upon receipt. Payment must be sent to P.O. Box 310932  Newington, CT 06131.** Make payments to Advantage Moving. Payment will be made by certified bank check, money order, cash, credit card, or combination there of.  Company checks OK.  There is a 13% fuel charge. If there are any questions or comments, please feel free to contact us at 860-283-2886, or 860-747-3988.  Thank you very much from Advantage Moving.
            WWW.CT-Movers.com